AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Bruce Raymond Robinson, Jr. | ) | Case No.   8:25-mj-1983 AEP |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of          May 6, 2025          in the county of          Hillsborough          in the
     Middle     District of          Florida          , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(B) | Distribution of child pornography, |
| 18 U.S.C. § 2252A(a)(3)(A) | Reproduction of child pornography for distribution, |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography, |
| 18 U.S.C. § 2252A(a)(7) | Production and distribution of adapted or modified child pornography, |
| 18 U.S.C. § 1466A(a)(2)(A) | Obscene visual representation. |

This criminal complaint is based on these facts:

See affivdait.

☑ Continued on the attached sheet.

*Julio Tagliani*
*Complainant's signature*

Julio Tagliani, TFO, FBI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:   5/6/25

*Judge's signature*

City and state:

ANTHONY E. PORCELLI, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Julio Tagliani, being sworn to tell the truth, state as follows:

1.     I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI). I have been assigned as a TFO with the FBI since September 2022. I am presently assigned to the Tampa Division's Child Exploitation and Human Trafficking Task Force. I have participated in investigations of persons suspected of violating federal child pornography laws, particularly in relation to violations of 18 U.S.C. §§ 2422(b), 2251, 2252, 2252A, 2422, and 1591. I have made arrests and conducted searches pertaining to these types of investigations. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on various forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have attended specialized courses involving computers and child exploitation.

2.     As a TFO, I am authorized to investigate violations of the laws of the United States and to execute arrest and search warrants issued under the authority of the United States.

1

3.      I am currently investigating Bruce Raymond ROBINSON, Jr. ("**ROBINSON**"), date of birth May 7, 1982, for possession of child pornography or child sexual abuse material (CSAM).

4.      This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for **ROBINSON**. This affidavit sets forth facts sufficient to establish probable cause to believe that **ROBINSON** has violated 18 U.S.C. § 2252A(a)(2)(B), distribution of child pornography, 18 U.S.C. § 2252A(a)(3)(A), reproduction of child pornography for distribution, 18 U.S.C. § 2252A(a)(5)(B), possession of child pornography and 18 U.S.C. § 2252A(a)(7), production, distribution of adapted or modified child pornography, or attempted to do so and 18 U.S.C § 1466A(a)(2)(A), obscene visual representation.

5.      The facts contained in this affidavit are drawn from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law-enforcement officers, information from agency reports, and the review of documents provided to me by witnesses and by law-enforcement officers.  Because this affidavit is being submitted for the limited purpose of seeking authorization to arrest **ROBINSON**, I have not set forth each and every fact learned during the course of this investigation.

## PROBABLE CAUSE

6.      On or about April 18, 2025, the Tampa Police Department received a National Center for Missing and Exploited Children ("NCMEC") cyber tip

2

regarding the possession of apparent child pornography. I reviewed cyber tip# 209078659 and all its supporting content. According to NCMEC, the cyber tip was received on April 11, 2025, from Google, after Google discovered that someone uploaded apparent child pornography to their servers on or about June 29, 2023.

The cyber tip listed the following suspect information:

Name: Bruce Robinson

Mobile Phone: +18139656984 (Verified 11-13-2021 03:32:49 UTC)

Mobile Phone: +18133166903 (Verified 02-27-2025 17:16:51 UTC)

Date of Birth: 05-07-1982

Email Address: carstampabruce@gmail.com (Verified)

7.      The cyber tip included several hundred IP addresses that were used to access the Google account between July 16, 2024, and April 10, 2025.  The cyber tip also listed the following file of apparent child pornography that was uploaded to Google:

Filename: e22d6eddb0f9a72334020c3c7144801f-4e6ec29551190d9c1f2f7ebc7236535a1683361323-640-360-453-h264.mp4,

MD5: 67ba689082b8b30beaaecc6d16814bb8

Upload IP Address: 2607:fb91:8c81:8a8f:c8b1:a819:572c:34e3

Date of Upload: 06-29-2023 at 13:05:21 UTC.

The cyber tip indicated that Google reviewed the file prior to making the report to NCMEC.

8.  I reviewed the file identified in the cyber tip and it can be described as follows: The file is a ten-minute color video that depicts an adult male sexually battering an approximately 9-10-year-old female child. The male penetrates her vagina with his penis, and ejaculates on the child's face. It is evident that the female is a child based on the lack of development, small size, and childlike face.

9.  Of the hundreds of IP addresses that were used to access the Google account, most of them were from the provider T-Mobile. I also identified IP addresses associated with Charter and Frontier accessed in April 2025. I submitted subpoena requests for Charter, Frontier and T-Mobile for subscriber information for the IP addresses that were utilized to access the account.

10.  On or about April 23, 2025, Frontier responded to a subpoena for subscriber information for one of the IP addresses with the following pertinent information:

IP address 47.204.1.25

Session Start: 04/06/2025 11:36:10 GMT

Session End: Still Active

Customer Name: Jason Adkins

Account Address: 732 N Dale Mabry Hwy. Ste B, Tampa, FL 33609.

Billing Address: 732 ½ N Dale Mabry Hwy., Tampa, FL 33609

Billing Number: 813-221-7677

Contact Number: 727-217-6061

Email Address: carstampa@yahoo.com

4

Length of Service: 06/15/2023 to present.

11.     An inquiry through open sources revealed that 732 ½ N Dale Mabry Hwy. is the address for CARS Tampa Inc. ("Complete Auto Remarketing Specialists"). Through my investigation I have learned that "CARS Tampa Inc." is **ROBINSON's** employer.

12.     T-Mobile responded to the subpoena for telephone number 813-316-6903 (seen in the cyber tip) and provided the subscriber information as **ROBINSON**.

13.     Charter Communications responded to a subpoena for subscriber information for one of the IP addresses accessed in April 2025 and identified the subscriber to be **ROBINSON**.

14.     On or about April 25, 2025, Google responded to a state search warrant for the Google account associated with the cyber tip, carstampabruce@gmail.com. I reviewed the contents of the Google account and located the original file of CSAM that was reported to NCMEC in the cyber tip.

15.     Located within the Google account return I located approximately 16 files of animated child pornography. An example of one of those files is a file identified by the filename Do-It-For-Daddy-8-1jqa3x4ncrvoy.jpg.  The file depicts an animated four-or five-year-old female child getting sexually battered by a male's penis.

16.     Through my investigation, I learned that **ROBINSON** has a 15-year-old daughter (**MINOR VICTIM**) who resides with him at his home in Tampa,

Hillsborough County, Florida. I have located school records for **MINOR VICTIM** and identified her visually. During my review of the Google account, I observed over 100 files of computer-generated child pornography which depict **MINOR VICTIM**'s face digitally imposed onto the nude bodies of various females who are engaged in sexual activity. The images are indistinguishable from an actual minor. An example of one of those files is the file identified by the filename target_ef3e0019c293cc655bbb-1kszn2yn3qfg2.gif. The file is a gif ("Graphic Interchange Format") that depicts the **MINOR VICTIM**'s face on a female being sexually battered by penis to vagina sex. There is a caption on the gif that states "There is no woman more perfect for a man than his own daughter."

17.     I located within the Google account return approximately 100 files of photos depicting nude females that are not engaged in sexual acts but are positioned in a lewd manner exposing their vaginas and **MINOR VICTIM**'s face is digitally inserted onto the bodies. An example of one of those files is the file identified by the filename pixnova-84bf5fc6d06f91a8b9a-1ksl7zq09b83m.jpg. The file depicts a female with **MINOR VICTIM**'s face who is bent over and using her hands to expose her nude anus and vagina.

18.     I also located within the Google account return approximately 15 files that depict a male with women's underwear on their erect penis. Some of the files depict the male masturbating with the underwear wrapped around the penis. Some of the files depict the male masturbating into the female's underwear. An example of

6

one of the files is the file identified by the filename VID_20240822_113926378-1k9nbj3zs9cv6.mp4.  The file depicts an adult male rubbing his erect penis on the crotch of a pair of, what appears to be, young girl's underwear. The file has a creation date of 8/22/2024 3:40:23.000 PM.

19.     Lastly, I located within the Google account return at least three video files that depict a male masturbating on a bed. The camera is positioned to capture the male's penis and lower half of his body, as well as the open door which leads to a hallway. In two of the videos, a female who appears to be **MINOR VICTIM**, is observed walking in the hallway, in view of the subject masturbating. An example of one of the videos is the file identified by the filename VID_20250330_111342109-1kvy6hh0r0bki.mp4. The video is one minute and twenty-one seconds in length and depicts the male masturbating with a pair of girl's underwear on his penis. At one minute and seven seconds into the video, a female, who appears to be **MINOR VICTIM,** is observed walking through the hallway.

20.     On May 6, 2025, law enforcement obtained federal search warrants for **ROBINSON's** person, vehicles, residence and cell phone.

21.     On May 6, 2025, law enforcement responded to **ROBINSON's** place of employment located at 732 ½ N Dale Mabry Hwy, Tampa, FL, and residence located at 3606 W Rogers Ave, Tampa FL. I made contact with **ROBINSON** and read him his *Miranda* warnings. **ROBINSON** agreed to speak to me and admitted that the Gmail account: carstampabruce@gmail.com was his and that he used it until

7

it got shut down by Google for some of the photos he had on the account. **ROBINSON** stated that he had photos of women who were being portrayed as younger but were not actually young. I showed **ROBINSON** some photos of naked females with his daughter's face, and he acknowledged that those were the photos to which he was referring. **ROBINSON** identified his daughter's face on the photos. **ROBINSON** stated that he is active in chat rooms where he shares the photos he created with his daughter's face and that some people create the photos using his daughter's face and send them to him.

22.    One of the photos I showed **ROBINSON** is the file referenced above in paragraph 16, that depicts a female with his daughter's face engaged in sexual intercourse with the caption, "There is no woman more perfect for a man than his own daughter." **ROBINSON** stated that he created that photo using computer software and sent the photo to other people in text messages. I also showed **ROBINSON** a still image from the video of the male masturbating with the bedroom door open and his daughter walking by and **ROBINSON** admitted that he was the male in the image and that he knew that his daughter was home while he masturbated with the door open but believed that she was asleep. **ROBINSON** admitted to posing and masturbating while using his daughter's underwear. **ROBINSON** denied ever touching his daughter sexually and stated that his actions were all fantasy talk and fantasy play.

8

## CONCLUSION

23.    Based on the foregoing, there is probable cause to believe that

**ROBINSON** has violated 18 U.S.C. § 2252A(a)(2)(B), distribution of child

pornography, 18 U.S.C. § 2252A(a)(3)(A), reproduction of child pornography for

distribution, 18 U.S.C. § 2252A(a)(5)(B), possession of child pornography, and 18

U.S.C. § 2252A(a)(7), production, distribution of adapted or modified child

pornography, or attempted to do so, and 18 U.S.C § 1466A(a)(2)(A), obscene visual

representation. I respectfully request this Court issue an arrest warrant for

**ROBINSON**.


_____
Julio Tagliani, Task Force Officer
Federal Bureau of Investigation


Affidavit submitted to me by reliable electronic means and attested to me as true and
accurate by telephone or other reliable electronic means consistent with Fed. R.
Crim. P. 4.1 and 41(d)(3) before me this __6__ day of May, 2025.


_____
HONORABLE ANTHONY E. PORCELLI
United States Magistrate Judge


9