UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 8:25-cr-00256-MSS-AEP

BRUCE RAYMOND ROBINSON, JR.               18 U.S.C. § 2252A(a)(1)
                                          (Transportation of Child Pornography:
                                          Actual Minor)
                                          18 U.S.C. § 2252A(a)(5)(B)
                                          (Possession of Child Pornography)
                                          18 U.S.C. § 2252(a)(1)
                                          (Transportation of Child Pornography)
                                          18 U.S.C. § 2252(a)(4)(B)
                                          (Possession of Child Pornography)

**INDICTMENT**                            MAY 28 2025 PM 4:51
                                          FILED - USDC - FLMD - TPA

The Grand Jury charges:

## COUNT ONE
**(Transportation of Child Pornography: actual minor)**

Between or about February 21, 2025, and April 11, 2025, in the Middle

District of Florida, and elsewhere, the defendant,

BRUCE RAYMOND ROBINSON, JR.

did knowingly transport and attempt to transport child pornography, as defined in 18

U.S.C. § 2256(8)(C), that had been shipped and transported in and affecting

interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

## COUNT TWO
### (Possession of Child Pornography)

On or about May 6, 2025, in the Middle District of Florida, and elsewhere, the defendant,

BRUCE RAYMOND ROBINSON, JR.

did knowingly possess material that contained an image of child pornography, as defined in 18 U.S.C. § 2256(8)(C), that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer and was produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## COUNT THREE
### (Transportation of Child Pornography)

On or about June 29, 2023, in the Middle District of Florida, and elsewhere, the defendant,

BRUCE RAYMOND ROBINSON, JR.,

did knowingly transport and ship  using any means and facility of interstate and foreign commerce, any visual depiction, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(1) and (b)(1).

2

## COUNT FOUR
### (Possession of Child Pornography)

On or about May 6, 2025, in the Middle District of Florida, and elsewhere, the defendant,

BRUCE RAYMOND ROBINSON, JR.,

did knowingly possess a matter which contained a visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, and the depiction involved a prepubescent minor and a minor who had not attained 12 years of age.

In violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

## FORFEITURE

1.      The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2.      Upon conviction of a violation of 18 U.S.C. §§ 2252 and/or 2252A, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

a.      Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of

chapter 110;

b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.    The property to be forfeited includes, but is not limited to, the following: a Motorola cell phone, moto g stylus XT2043-4, serial number ZY227CZVHT, bearing IMEI 359084101223908 and an Apple iPhone 11, serial number F4GFCXMPN72J, bearing IMEI 356873113935258.

4.    If any of the property described above, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty;

4

the United States shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,



Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____

Courtney Derry
Assistant United States Attorney

By: _____

Michael C. Sinacore
Assistant United States Attorney
Chief, Special Prosecutions Section

5

No.

---

### UNITED STATES DISTRICT COURT
#### Middle District of Florida
#### Tampa Division

---

### THE UNITED STATES OF AMERICA

vs.

### BRUCE RAYMOND ROBINSON, JR.

---

### INDICTMENT

Violations: 18 U.S.C. § 2252A(a)(1), 18 U.S.C. § 2252A(a)(5)(B); 18 U.S.C. § 2252(a)(1); 18 U.S.C. § 2252(a)(4)(B).

---

A true bill

_____
Foreperson

---

Filed in open court this 28th day

of May, 2025.

_____
Clerk  *Karina Nieves*

---

Bail $_____

---

GPO 863 525