UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-256-MSS-AEP

BRUCE RAYMOND ROBINSON, JR.

## **VERDICT**

1. **Count One of the Information**

As to the offense of Transportation of Child Pornography, in violation of 18

U.S.C. § 2252A(a)(1),

I, the Honorable James S. Moody, Jr., find the defendant, Bruce Raymond

Robinson, Jr.:

Guilty ____✓____          Not Guilty _____

2. **Count Two of the Information**

As to the offense of Possession of Child Pornography, in violation of 18

U.S.C. § 2252A(a)(5)(B),

I, the Honorable James S. Moody, Jr., find the defendant, Bruce Raymond

Robinson, Jr.:

Guilty ____✓____          Not Guilty _____

SO SAY I, this __8__ day of December, 2025.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE