**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                               **Case No.:  8:25-CR-256-MSS-AEP**

**BRUCE RAYMOND ROBINSON, JR**

_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant BRUCE ROBINSON appeals to the United States Court of Appeals for the Eleventh Circuit his judgment and sentence (Doc. 124) and all other orders issued in this case.

Respectfully submitted,


s/William Sansone
WILLIAM SANSONE, ESQUIRE
Sansone Law, P.A.
609 West De Leon Street
Tampa, FL  33606
Telephone: (813) 361-0874
Facsimile: (813) 251-1808
Email: sansonew@gmail.com
Florida Bar # 781231